**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JENNIFER L. MILLIGAN**                                                                           **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO.: 1:08CV32-SA-JAD**

**CHASE HOME FINANCE, LLC AND
PRIORITY TRUSTEE SERVICES OF
MISSISSIPPI, LLC**                                                                **DEFENDANTS**

**ORDER DENYING
MOTION TO REMAND**

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1)      Plaintiff's Motion to Remand [18] is **DENIED**, and

(2)      the parties are instructed to contact the magistrate judge within ten days of this Order to schedule a case management conference.

**SO ORDERED** this the 4th day of March, 2009.

                                                                 **/s/ Sharion Aycock**
                                                                  **UNITED STATES DISTRICT JUDGE**